JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BRAVO LOGISTICS, LLC, a Michigan domestic limited liability company; and RAY LAAMARI, an individual,<br><br>Defendants. | Case No. 8:24-cv-02022-JFW(KESx)<br><br>[Assigned to the Hon. John F. Walter]<br><br>**JUDGMENT**<br><br>Complaint Filed:   September 18, 2024 |

JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

\\

\\

\\

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Bravo Logistics LLC, a Michigan domestic limited liability company ("Bravo"), and Ray Laamari, an individual, ("Laamari") (collectively with Bravo, "Defendants"), jointly and severally, in the total amount of **$291,159.07**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $125,371.62, on Equipment Financing Agreement No. 328777-002 ("EFA No. 1");

    b. Prejudgment interest in the amount of $8,172.92, at the statutory rate of ten percent (10%) per annum, from July 23, 2024 (the date of breach), to March 17, 2025 (the hearing date noticed on this Default Motion), on EFA No. 1;

    c. Compensatory damages in the amount owed of $137,546.65, on Equipment Financing Agreement No. 328777-003 ("EFA No. 2");

    d. Prejudgment interest in the amount of $9,947.52, at the statutory rate of ten percent (10%) per annum, from June 27, 2024 (the date of breach), to March 17, 2025 (the hearing date noticed on this Motion), on EFA No. 2;

    e. Attorneys' fees in the amount of $8,858.36 on EFA No. 1 and EFA No. 2; and

    f. Costs in the amount of $1,262.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: March 17, 2025

_____
JUDGE OF THE US DISTRICT COURT